IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:24-cr- 146 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| WAHEED RICHARDSON, | ) | Possession of a Firearm by a |
| | ) | Convicted Felon |
| Defendant. | ) | (Count 1) |
| | ) | |
| | ) | Forfeiture Allegation |

## INDICTMENT

### OCTOBER 2024 - AT RICHMOND

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about July 10, 2024, in the Eastern District of Virginia, the defendant, WAHEED RICHARDSON, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model 19, 9mm caliber, semi-automatic pistol, bearing serial number BTPD653, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

- a Glock, Model 19, 9mm caliber, semi-automatic pistol, bearing serial number BTPD653; and

- all accompanying magazines and ammunition.

If the property subject to forfeiture cannot be located, the United States will seek an order

forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853).

A TRUE BILL:

Foreperson

JESSICA D. ABER
UNITED STATES ATTORNEY

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

By:

Patrick J. McGorman
Assistant United States Attorney

2