**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

JUDGE:   ROBERT E. PAYNE                                                                          DOCKET NO.        3:24-CR-146
REPORTER:   MELISSA CUSTIS, OCR                                                      DATE:        MARCH 5, 2026

## <u>SENTENCING</u>

UNITED STATES OF AMERICA                                                                  COUNSEL

v.

_____WAHEED RICHARDSON_____                          _____JOSEPH STEPHEN CAMDEN_____ .

**APPEARANCES:**    GOVERNMENT _____PATRICK JOSEPH MCGORMAN_____ ( ✓ )
DEFENDANT WITH COUNSEL  ( ✓ )      DEFENDANT WITHOUT COUNSEL (    )
DEFENDANT NOT PRESENT    (    )      WAIVER OF APPEARANCE FILED   (    )
INTERPRETER _____ (    )

**BAIL STATUS OF DEFENDANT:**    ON BOND  (    )      INCARCERATED  ( ✓ )

(    ) Criminal Information
**SENTENCING ON COUNT(S):**    ___ONE___    ( ✓ ) Indictment    (    ) Superseding Indictment

**PRELIMINARY MATTERS:** <u>GOVERNMENT'S MOTION FOR ACCEPTANCE OF RESPONSIBILITY</u>

<u>(ECF NO. 92) GRANTED; DEFENDANT'S MOTION TO SEAL EXHIBIT (ECF 94) GRANTED</u>

_____

**OBJECTIONS TO PSR:** <u>NONE; ACCEPTED & ADOPTED, FILED AS TENDERED – UNDER SEAL</u>

_____

**STATEMENTS MADE BY:**  GOVERNMENT ( ✓ )  DEFENSE COUNSEL ( ✓ )  DEFENDANT ( ✓ )

**ON MOTION OF GOVERNMENT:**         (    ) INDICTMENT  DISMISSED.
                                                                  (    ) REMAINING COUNTS DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____  BY:_____  A.M.  /  P.M.
(    ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFENDANT ADVISED OF RIGHT OF APPEAL within 14 days of today   ( ✓ )

DEFENDANT REMANDED TO CUSTODY  ( ✓ )

CASE SET:  **10:00 A.M.**    BEGAN:  **10:02 A.M.**    ENDED:  **11:02 A.M.**    TIME IN COURT:  **1 HR. 00 MINS.**

CJA TIME:  **N/A**

**PAGE TWO (2)**

**SENTENCE TEXT**

**COUNT** __ONE__    IMPRISONMENT ___60___ MOS.  CONCURRENT ( ) CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE ___3___ YEAR(S)

PROBATION _____ YEAR(S)

FINE  $_____  ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $___100___ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.  CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)    CONCURRENT ( )

PROBATION _____ YEAR(S)    CONCURRENT ( )

FINE  $_____  ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.  CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)    CONCURRENT ( )

PROBATION _____ YEAR(S)    CONCURRENT ( )

FINE  $_____  ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( ✓ )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
( ✓ ) Designate defendant close to Richmond, VA    ( ) Designate defendant to _____ FCI
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ✓ ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support

( ✓ ) OTHER:  defendant to receive all necessary dental treatment & evaluation including w/o limit replacing front tooth

**PAGE THREE (3)**

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer

_____(2) Provide probation officer with access to financial information

_____(3) Perform community service _____ HOURS during period of supervision

___✓___(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment

___✓___(5) Participate in mental health treatment (PTSD); _____ Pay cost of treatment

_____ Participate in anger management

_____(6) Participate in home confinement program for _____ with monitoring

_____ Permitted to work, attend church, or other approved activities

_____ Shall not maintain any devices or services that may interfere with proper functioning of electronic monitoring equipment

_____ Maintain telephone without special features; no cordless phone

_____ Pay costs of electronic monitoring

_____(7) Placement in a Community Confinement Center for _____ (term)

_____(8) Defendant to be surrendered to BICE for deportation proceedings

_____ If deported, defendant to remain outside the United States

_____(10) Mandatory drug testing waived

_____ Probation officer may still administer drug test if deemed appropriate

_____(11) Pay child support in amount ordered by social services or Court

_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS

_____(14) No possession of pager, cellular telephone, or other handheld communication device

___✓___(15) Defendant shall pay any balance owed on the S/A imposed by the Court

___✓___ Pay in installments of not less than $__25.00__ per month [ _____ or 25% of gross monthly income, whichever is greater] to begin 60 days after start of supervision until paid in full

___✓___(16) Waive all rights of confidentiality regarding mental health treatment (or other treatment) to allow release of information to Probation, etc.

_____(17) Commencing _____, and continuing for _____, defendant may operate a motor vehicle only for purposes of work and court, including travel to the Probation Office and alcohol treatment program

_____(18) Defendant to apply monies received from tax refunds, lottery winnings, settlements, and any anticipated or unexpected financial gains to the Court-ordered financial obligation

___✓___(---) **Other special conditions:**

Defendant shall obtain general equivalency diploma or vocational skill during period of supervision if not employed full time; defendant shall obtain vocational or educational skill, if eligible & volunteers